

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00270-CV

_____

FREDRICK MUMPHREY, Appellant

V.

WARD WILLIAMS D/B/A WSW ENTERPRISES, Appellee

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2025-002066-1

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

Appellant Fredrick Mumphrey appeals from the default judgment rendered against him. However, he did not file his notice of appeal within the period set out in Texas Rule of Appellate Procedure 26.1. *See* Tex. R. App. P. 26.1. Accordingly, we notified him of our concern that we might not have jurisdiction over his appeal. *See* Tex. R. App. P. 25.1, 26.1. We cautioned him that we would dismiss the appeal unless he or another party filed a response showing a reasonable explanation for the late filing. *See* Tex. R. App. P. 10.5(b), 26.3, 42.3(a).

Mumphrey filed a response that explains his absence from the trial below. However, his response does not provide an explanation for the late filing of his notice of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f); *Miller v. Miller*, No. 02-21-00176-CV, 2021 WL 3085758, at *1 (Tex. App.—Fort Worth July 22, 2021, no pet.) (mem. op.).

Per Curiam

Delivered:  August 7, 2025